# LUSH *v.* COMMISSIONER OF EDUCATION OF NEW YORK.

No. 683.   Decided April 24, 1961.

*Francis G. Hessney* for appellant.

*Charles A. Brind* for appellee.

*Max G. Morris* for Board of Education Central School District No. 1, intervenor-appellee.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.